UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN CLIFT, | CASE NO. EDCV 17-1639-AGR |
| Plaintiff, | |
| v. | JUDGMENT |
| NANCY A. BERRYHILL, Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: June 29, 2018

_____
ALICIA G. ROSENBERG
United States Magistrate Judge